**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | CR 14-00173 |
| V. | | |
| Keith Preston Gartenlaub | | **REPORT COMMENCING CRIMINAL ACTION** |
| | DEFENDANT | |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  12/18/2014 @ 12:00        ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes    ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes    ☐ No

4. Charges under which defendant has been booked:

   18 USC 3148  Violation Bail/Secured Bond

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☒ No  ☐ Yes    Language:  N/A

7. Year of Birth:  1968

8. Defendant has retained counsel:    ☒ No
   ☐ Yes    Name: N/A                          Phone Number: N/A

9. Name of Pretrial Services Officer notified:  12-18-2014 @ 12:00 PM

10. Remarks (if any): N/A

11. Name: _____  (please print)

12. Office Phone Number: 714-338-4610            13. Agency:  USMS

14. Signature: _____            15. Date:  12/18/2014

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION