**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Southern Division |
| Plaintiff, | |
| vs. | Case #: 8:14-CR-00173-CAS    PO Warrant |
| | Initial App. Date: 12/18/2014    Custody |
| Keith Preston Gartenlaub | Time: 2:00 PM |
| | |
| Defendant. | Date Filed: 12/18/2014 |
| | Violation: 18 U.S.C. § 3148 |
| | CourtSmart/Reporter: 12/18/14 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Robert N. Block | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:

| Kerri Hays | Daniel Ahn | / None |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter/Language |

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Defendant states true name is as charged.

☑ Attorney: Mark J. Werksman ☑ Retained
☑ Special appearance by: Nina Daly

☑ Government's request for detention is: DENIED.

☑ **PO/PSA WARRANT.** Counsel are directed to contact the clerk for Christina A. Snyder for the setting of further proceedings.

☑ Defendant committed to the custody of the U.S. Marshal

☑ Other: Court orders defendant to be re-released on the same terms and conditions of release of Bond set on 8/29/14 with one modification: No router allowed in the residence. This order is stayed for 24-hours.

cc: ☑ USPO

Deputy Clerk Initials: klh
00 : 23