*United States Pretrial Services*

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

December 19, 2014

United States Clerk's Office
Ronald Reagan Federal Building
and United States Courthouse
Santa Ana, California 92701

> Re: Release Order Authorization
> Defendant: Gartenlaub, Keith Preston
> Docket #:   SA 14CR-173

To Whom it May Concern:

On December 18, 2014, the named defendant appeared before Magistrate Judge Robert N. Block, at which time, Pretrial Services Supervision was ordered to include the following condition: **RELEASE TO PRETRIAL SERVICES ONLY,** for electronic monitoring installation.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Ada M. Castillo-O'Neil
Sr. U.S. Pretrial Services Officer
(714) 338-4563

| [  ] HQ & Supervision Unit | [  ] Investigation Unit | [ X ] Santa Ana Branch | [  ] Riverside Branch |
|---|---|---|---|
| U.S. Courthouse<br>312 North Spring Street, Room 754<br>Los Angeles, CA 90012-4708<br>213-894-4726 / FAX 213-894-0231 | Edward R. Roybal Federal Building<br>255 East Temple Street, Room 1178<br>Los Angeles, CA 90012-3326<br>213-894-5568 / FAX 213-894-8892 | Ronald Reagan Federal Building<br>411 West Fourth Street, Room 4070<br>Santa Ana, CA 92701-4596<br>714-338-4550 / FAX 714-338-4570 | George E. Brown, Jr. Courthouse<br>3470 Twelfth Street, Room 161<br>Riverside, CA 92501<br>951-328-4490 / FAX 951-328-4489 |