

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

September 09, 2016

---

No.:        16-50339

D.C. No.:   8:14-cr-00173-CAS-1

Short Title: USA v. Keith Gartenlaub

---

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Appellants who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| SEP 09 2016 | |
| MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS | |

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

 v.

KEITH PRESTON GARTENLAUB,
AKA Keith Preson Gartenlaub,

        Defendant - Appellant.

No. 16-50339

D.C. No. 8:14-cr-00173-CAS-1
U.S. District Court for Central
California, Santa Ana

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Thu., September 29, 2016** | Transcript shall be ordered. |
| **Mon., November 28, 2016** | Transcript shall be filed by court reporter. |
| **Mon., January 9, 2017** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Wed., February 8, 2017** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Blanca Gurule
Deputy Clerk