UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Amanda Grannis | 2a. Contact Phone Number: 718-644-4498 | 3a. Contact E-mail Address: Amanda@torekeland.com |
| 1b. Attorney Name (if different): Tor Ekeland | 2b. Attorney Phone Number: 718-737-7264 | 3b. Attorney E-mail Address: Tor@torekeland.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Tor Ekeland PC, 195 Plymouth Street, Fifth Floor, Brooklyn NY, 11201

5. Name & Role of Party Represented: Keith Gartenlaub, Defendant

6. Case Name: U.S. v Gartenlaub

7a. District Court Case Number: 8:14-cr-00173-CAS

7b. Appeals Court Case Number: 16-50339

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Katie Thibodeaux

9. THIS TRANSCRIPT ORDER IS FOR:    ☒ Appeal ☐ Non-Appeal    ☒ Criminal ☐ Civil    ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| a. HEARING(S) OR PORTIONS OF HEARINGS | | | b. SELECT FORMAT(S) | | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (Provide release date of efiled transcript, or check to certify none yet on file.) | (One per line, but check with court reporter before choosing any type but "ordinary.") |
| 12/4/15 | Snyder | Jury impanelment | ● | ○ | ○ | ○ | ○ | ○ | ○ _____ | 14-Day |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders:* **Explain necessity of non-appeal** orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: September 27, 2016    Signature: /s/ Tor Ekeland

G-120 (3/16)