UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Amanda Grannis | 2a. Contact Phone Number: 718-644-4498 | 3a. Contact E-mail Address: Amanda@torekeland.com |
| 1b. Attorney Name (if different): Tor Ekeland | 2b. Attorney Phone Number: 718-737-7264 | 3b. Attorney E-mail Address: Tor@torekeland.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Tor Ekeland PC, 195 Plymouth Street, Fifth Floor, Brooklyn NY, 11201

5. Name & Role of Party Represented: Keith Gartenlaub, Defendant

6. Case Name: U.S. v Gartenlaub

7a. District Court Case Number: 8:14-cr-00173-CAS

7b. Appeals Court Case Number: 16-50339

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Laura Elias

9. THIS TRANSCRIPT ORDER IS FOR: ☒ Appeal ☐ Non-Appeal ☒ Criminal ☐ Civil ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/29/2016 | Snyder | Sentencing Hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | 14-Day |
| 4/18/2016 | Snyder | Motion to vacate hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | 14-Day |
| 11/16/2015 | Snyder | Motion in Limine Hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | 14-Day |
| 11/23/2015 | Snyder | Motion in Limine Hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | 14-Day |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 09/27/2016   Signature: /s/ Tor Ekeland

G-120 (3/16)