Mark J. Werksman, Esq. (State Bar No. 120767)
WERKSMAN JACKSON HATHAWAY & QUINN LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017
Telephone: (213) 688-0460
Facsimile: (213) 624-1942
Email: mwerksman@werksmanjackson.com

Attorneys for Defendant
KEITH PRESTON GARTENLAUB

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>KEITH PRESTON GARTENLAUB,<br><br>              Defendant. | CASE NO. 14-CR-00173<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Hearing Date:  September 12, 2016<br>Hearing Time:  1:30 p.m. |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants the Motion for Werksman Jackson Hathaway & Quinn and Mark J. Werksman to withdraw as counsel in this matter.

IT IS HEREBY ORDERED that:

1.    Motion to Withdraw as Counsel of Record for KEITH PRESTON GARTENLAUB is granted;

2.    Werksman Jackson Hathaway & Quinn is hereby relieved as counsel of record for Keith Preston Gartenlaub and no longer represents him as counsel of record in this action.

1

3.    A copy of this Order shall be served on Mr. Gartenlaub by Werksman Jackson Hathaway & Quinn.

IT IS SO ORDERED.

Dated:  September 29 , 2016

The Honorable Christina A. Snyder