# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR14-173-CAS | | Date | January 20, 2017 |
|---|---|---|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| Catherine Jeang | Not Present | Anthony Lewis, Not Present<br>Vicki Chou, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| KEITH PRESTON GARTENLAUB, PRO SE | NOT | | X | | | | |

**Proceedings:**    (IN CHAMBERS)

On November 28, 2016, the Court of Appeals for the Ninth Circuit denied bail pending appeal[243].  The Court is also in receipt of defense counsel's letter (attached hereto).

It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, January 31, 2017.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at:  Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

The Court hereby recommends that defendant be designated to the Federal Correctional Institute at Terminal Island.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

cc: Pretrial Services
    U.S. Probation
    U.S. Marshal





ATTORNEYS AT LAW

TOR EKELAND
Managing Partner

tor@torekeland.com
(718) 737-7264, ext. 700

**January 20, 2017**

**VIA FAX**

Honorable Christina A. Snyder
Federal District Court for the Central District of California
Spring Street Courthouse
312 N. Spring Street
Courtroom 5, 2nd Floor
Los Angeles, CA 90012
Tel:     (213) 894 3433
Fax:     (213) 894 8555

**RE:**     ***U.S. v. Keith Preston Gartenlaub*** **No. 8:14-CR-00173: BOP Designation**

Dear Judge Snyder:

I am Appellant Co-Counsel, along with John D. Cline, for Mr. Gartenlaub in the above referenced matter. As the Court is aware, on January 13, 2017 the Ninth Circuit denied Mr. Gartenlaub's Motion for Bail Pending appeal. On January 17, 2017, we requested a self-reporting date of Monday, January 30, 2017 for Mr. Gartenlaub. Previously, the Bureau of Prisons had designated Mr. Gartenlaub to report to the Federal Correctional Institution at Terminal Island, 1299 Seaside Avenue, San Pedro, CA 90731. In conversation with his Probation Officer Mr. Gartenlaub was told that this designation may have lapsed. Therefore, we respectfully request that the Court request the BOP to designate Mr. Gartenlaub to FCI Terminal Island just in case the designation has lapsed. Thank you for your time and consideration of this matter.

Sincerely,

Tor Ekeland

cc:     Anthony J. Lewis (AUSA)
        Vicki Chou (AUSA)
        John D. Cline (Appellant Co-Counsel)