## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR14-173-CAS | | | Date | January 30, 2017 |
|---|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | | | |
| Interpreter | N/A | | | | |

| Connie Lee | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| KEITH PRESTON GARTENLAUB | NOT | | X | | | | |

**Proceedings:**    (IN CHAMBERS)

The Court is in receipt of defense counsel's letter (attached hereto), requesting a stay of defendant's self-surrender date, which is currently on or before 12, noon, January 31, 2017. The government does not oppose defendant's request.

The Court grants a fourteen (14) day stay of defendant's self-surrender date.  It is ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, February 14, 2017.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at:  Roybal Federal Building, 255 East Temple Street, Los Angeles, California.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CL | |

cc: U.S. Probation
    U.S. Marshal



TOR EKELAND
Managing Partner

tor@torekeland.com
(718) 737-7264, ext. 700

**January 27, 2017**

**VIA FAX**
Honorable Christina A. Snyder
Federal District Court for the Central District of California
Spring Street Courthouse
312 N. Spring Street
Courtroom 5, 2nd Floor
Los Angeles, CA 90012
Tel:    (213) 894 3433
Fax:    (213) 894 8555

RE:    *U.S. v. Keith Preston Gartenlaub* No. 8:14-CR-00173: **Request for Stay of Self-Surrender Date Until BOP Designates**

Dear Judge Snyder:

I am Appellant Co-Counsel, along with John D. Cline, for Mr. Gartenlaub in the above referenced matter. On January 20, 2017, this Court ordered Mr. Gartenlaub to surrender to the institution designated by the Bureau of Prisons on or before 12pm, January 31, 2017, or in the absence of such designation to the United States Marshalls' Office. (*See* Exhibit A.) The Bureau of Prisons previously had designated Mr. Gartenlaub to report to FCI Terminal Island in San Pedro, California.

Today, Mr. Gartenlaub spoke with his probation officer, Officer Pozo, who told him that his designation to terminal island was terminated on January 11, 2017. Mr. Gartenlaub now respectfully requests that this Court stay his self-surrender date until the Bureau of Prisons makes a new designation. Thank you for your time and consideration of this matter.

Sincerely,

Tor Ekeland

cc:    Anthony J. Lewis (AUSA)
       Vicki Chou (AUSA)
       John D. Cline (Appellant Co-Counsel)