

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## OFFICE OF THE CLERK OF COURT

To:    Chief Deputy/Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: ___8:14−cr−00173−CAS___
Defendant's Name: ___Keith Preston Gartenlaub___

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on ___2/14/2017___. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :___2/14/2017___, it was verified the defendant:**

___has surrendered to the Bureau of Prisons___.

**Verified via e−mail with the following:**

U.S. Marshal: __L. Tinoco, Records Examiner/Analyst − FSA__   *(Name of Officer)*

_February 22, 2017_
Date

By _____/s/ *Grace Kami*_____
Deputy Clerk